1  **LAW OFFICES JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (State Bar #118694)**
2  **VICTORIA M. CIGANDA (State Bar #215719)**
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4

5  Attorneys for Plaintiff
   JUAN MIGUEL AGUAS
6

7  **LITTLER MENDELSON**
   **RICHARD R. GRAY (State Bar # 071030)**
8  **KATY A. BOLLS (State Bar # 233596)**
   2520 Venture Oaks Way, Suite 390
9  Sacramento, CA 95833
   Telephone: (916) 561-5300
10

11 Attorneys for Defendants
   LOOMIS, FARGO & CO., HARRY DENNIS
12 and RICHARD HUDSON

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 | JUAN MIGUEL AGUAS | ) | Case No.: 2:05-CV-00241-GEB-PAN |
18 |                   | ) |                                 |
   |       Plaintiff,  | ) |                                 |
19 |                   | ) | **STIPULATION AND ORDER**       |
   |       vs.         | ) | **EXTENDING DISCOVERY DEADLINE**|
20 |                   | ) | **FOR WITNESS DEPOSITIONS**     |
   | LOOMIS, FARGO & CO., a Texas | ) | |
21 | corporation; HARRY DENNIS; RICHARD | ) | |
   | HUDSON; and DOES I through XX, | ) | |
22 | inclusive,        | ) | |
   |       Defendants. | ) | |
23 |                   | ) | |

24

25 //

STIPULATION AND ORDER EXTENDING DISCOVERY
DEADLINE FOR WITNESS DEPOSITIONS - 1

**Law Offices of Johnny L. Griffin III**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557

Plaintiff Juan Miguel Aguas ("Plaintiff") is represented by Johnny L. Griffin, III and Victoria M. Ciganda of the Law Offices of Johnny L. Griffin, III. Defendants Loomis, Fargo & Co., Harry Dennis, and Richard Hudson ("Defendants") are represented by Richard R. Gray and Katy A. Bolls of Littler Mendelson.

The discovery cut-off date set forth in the Status (Pretrial Scheduling) Order is November 30, 2005. There are approximately ten witness depositions that remain to be completed. The parties agree that the discovery cut-off should be extended for the purpose of taking the witness depositions and therefore jointly request that the Court enter an Order extending the discovery cut-off.

The parties agree that good cause exists to extend the discovery cut-off for the purpose of witness depositions. The parties are engaged in serious settlement negotiations and wish to avoid the expense of witness depositions at this time. Moreover, due to scheduling conflicts the parties are unable to complete the witness depositions before the discovery cut-off date set by the Court.

The parties further agree that extending the discovery cut-off for the purpose of witness depositions will not modify or change any other date set forth in the Status (Pretrial Scheduling) Order.

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the discovery cut-off set forth in the Status (Pretrial Scheduling) Order on November 30, 2005, shall be extended until February 3, 2006, for the sole purpose of witness depositions. The parties jointly request that the Court enter an Order accordingly.

STIPULATION AND ORDER EXTENDING DISCOVERY
DEADLINE FOR WITNESS DEPOSITIONS - 2

**Law Offices of Johnny L. Griffin III**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557

1  Dated: October 26, 2005                    **LAW OFFICES OF JOHNNY L. GRIFFIN, III**

2

3                                              By:   /s/    Victoria M. Ciganda
                                                    VICTORIA M. CIGANDA
4                                                    Attorney for JUAN MIGUEL AGUAS

5

6  Dated: October 26, 2005                    **LITTLER MENDELSON**

7

8                                              By:   /s/  Richard R. Gray
                                                     (as authorized on  October 26, 2005)
9                                                    RICHARD R. GRAY
                                                     Attorney for LOOMIS, FARGO & CO.,
10                                                   HARRY DENNIS and RICHARD
                                                     HUDSON
11

12       Since the parties stipulated to the requested continuance, the good cause issue is not

13 reached and the request is granted.  The discovery completion date is continued to February 3,

14 2006.

15       **IT IS SO ORDERED.**

16
  DATED:  October 27, 2005                     /s/ Garland E. Burrell, Jr.
17                                              GARLAND E. BURRELL, JR.
                                                United States District Judge
18

19

20

21

22

23

24

25

STIPULATION AND ORDER EXTENDING DISCOVERY
DEADLINE FOR WITNESS DEPOSITIONS - 3

**Law Offices of Johnny L. Griffin III**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557